IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00010-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

   Plaintiff,

v.

JOHN DOES 1-18,

   Defendants.

## ORDER

   In accordance with Plaintiff's Notice of Voluntary Dismissal With Prejudice of John Doe 9 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on February 3, 2015 (ECF No. 14), it is

   ORDERED that Defendant John Doe 9 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

   Dated:  February 3, 2015

                                                            BY THE COURT:


                                                            s/ Wiley Y. Daniel
                                                            Wiley Y. Daniel
                                                            Senior United States District Judge