IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00010-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

   Plaintiff,

v.

JOHN DOES 1-8, 10-18,

   Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal With Prejudice of John Doe 12 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on March 19, 2015 (ECF No. 16), it is

ORDERED that Defendant John Doe 12 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

   Dated:  March 20, 2015

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge