IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00010-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-8, 10-11, 13-18,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal With Prejudice of John Doe 7 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on March 22, 2015 (ECF No. 18), it is

ORDERED that Defendant John Doe 7 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  March 23, 2015

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Senior United States District Judge