IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00010-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-6, 8, 10-11, 13-18,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe 3, John Doe 4, John Doe 6,  John Doe 11, John Doe 13, John Doe 14, and John Doe 16 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on June 3, 2015 (ECF No. 23), it is

ORDERED that Defendant John Does 3, 4, 6, 11, 13, 14 and 16 are **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

Dated:  June 3, 2015

                                           BY THE COURT:

                                           s/ Wiley Y. Daniel
                                           Wiley Y. Daniel
                                           Senior United States District Judge