IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00010-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

   Plaintiff,

v.

JOHN DOES 1-2, 5, 8, 10, 15, 17-18,

   Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendants John Doe 1, John Doe 2, and John Doe 5 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on June 12, 2015 (ECF No. 28), it is

ORDERED that Defendant John Does 1, 2, and 5 are **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

   Dated:  June 15, 2015

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge