**David J. Stephenson, Jr.**
Attorney at Law
Applewood Tech Center
2801 Youngfield St., Suite 300
Golden, CO 80401

Telephone: 303-726-2259
Fax: 303-362-5679
E-mail: david.thunderlaw@gmail.com

June 2, 2015

**Communication Pursuant to D.C. COLO.L.CivR 7.1(a)**
**By Express Mail and First Class Mail**
~~Jennifer Hanson~~
~~[address redacted]~~
Boulder, CO 80301

**RE:** John Doe 10
IP Address 71.56.219.124
Civil Action No. 1:15-cv-00010-WYD-MEH
Dallas Buyers Club, LLC v. John Does
U.S. District Court
District of Colorado

Dear Mr. ~~[redacted]~~:

As you know from prior communications, I am legal counsel for Dallas Buyers Club, LLC, which owns the copyright to the motion picture Dallas Buyers Club. This letter is directed to you pursuant to D.C. COLO.L.CivR 7.1(a).

As I previously indicated to you in prior correspondence, on February 4, 2015, your Internet Service Provider, Comcast, provided information to me pursuant to an Order entered in the above-referenced Civil Action that it had assigned the above-referenced Internet Protocol (IP) Address to you on November 12, 2014, the date of the alleged infringement by John Doe 10 in that Civil Action. You therefore presumably have at times relevant to the claims in the above-referenced Civil Action been in a position to reasonably control access to that IP Address by being able to control the password associated with that IP Address. You are accordingly likely to have information that is reasonably calculated to lead to the discovery of evidence that is probative of my client's claims in the above-referenced Civil Action.

I write to follow up on such information that you provided in your e-mail to me dated February 11, 2015, in response to my February 7, 2015 letter to you concerning this matter, in which, in pertinent part, you stated: "I have three roommates that also use the Internet here. . ." Specifically, I request that, within ten (10) days of the date of this letter, you, or should you retain legal counsel, your legal counsel, provide me with the names, addresses, and telephone numbers of the three roommates that you referenced in that e-mail and of any and all other persons known by you to have had access to the Internet connection where you resided on November 12, 2014.



EXHIBIT 1



June 2, 2015
Page 2 of 2

As I have indicated to you in our prior communications, based on information provided to me by my client's Information Technology ("IT") consultants regarding the pattern of BitTorrent file sharing by the IP Address that Comcast assigned to you during the relevant time period and their access to other relevant publicly available information, I am confident that the ultimate infringer or infringers can be identified once further identifying information is provided by you and any third party or third parties that you are able to identify in response to this information request.

I also hereby notify you that information provided to me by my client's IT consultants based upon a proprietary analysis of publicly available information concerning the pattern of downloading activity on the IP Address assigned to you indicates that BitTorrent infringements by users of the IP Address assigned to you is recent and ongoing. It has continued to occur after you received notice of such downloading activity by your IP Address, as recently, in fact, as May 19th, within the past two weeks. My client's experience is that, if such a pattern of downloading activity is permitted to go unchecked, my client can suffer irreparable harm from repeated infringements of its copyright by the same person or persons. My client therefore has a strong, compelling interest in identifying the person or persons who have accessed the IP Address assigned to you to infringe its copyright.

It is my understanding from our prior communications, however, that you are unwilling to provide me with the identification information that I am now requesting regarding the persons known by you to have had access to the IP Address that Comcast assigned to you on November 12, 2014. I have indicated to you that if I am unable to obtain this requested information from you voluntarily that I will apply to the Court in the above-referenced Civil Action for a Court Order requiring that you timely provide me with this requested information.

I now reiterate that, absent a prompt communication from you, or, should you retain legal counsel, your legal counsel, in response to this request with the names, addresses, and telephone numbers of your roommates on November 12, 2014, and with the names, addresses, and telephone numbers of any and all other persons known by you to have had access to the Internet address assigned to you on November 12, 2014, I intend to apply to the Court for an Order to require that you provide such information to me in order to expedite the prosecution of my client's claims in the above-referenced Civil Action.

I encourage you to instead provide the requested information voluntarily. I welcome a prompt, good faith communication from you or your legal counsel with the identification information that I am requesting in this letter so that my client and you can both avoid incurring the time and expenses associated with obtaining, enforcing, and responding to a Court Order.

Sincerely,

David J. Stephenson, Jr.
Attorney for Dallas Buyers Club, LLC