AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:15-cv-00010-WYD-MEH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Comcast Communications Management, LLC
was received by me on *(date)* 01/08/2015.

☑ I served the subpoena by delivering a copy to the named person as follows: by handing and delivering to Cheri Nash, as Process Clerk to The Corporation Company, as Registered Agent to Comcast Communications Management, LLC, at 2:00pm, on *(date)* 01/08/2015; or

☐ I returned the subpoena unexecuted because: ____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ ____

My fees are $ ____ for travel and $ ____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 01/09/2015

*Server's signature*

Aaron Stephens, Private Process Server
*Printed name and title*

1177 Grant St., #104
Denver, CO 80203
*Server's address*

Additional information regarding attempted service, etc:
served together with Exhibit A, Order and Letter, at 1675 Broadway, Unit 1200, Denver, Colorado 80202


EXHIBIT 2

Case 1:15-cv-00010-WYD-MEH   Document 30-2   Filed 06/16/15   USDC Colorado   Page 2 of 2

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| Dallas Buyers Club, LLC, *Plaintiff,* <br> v. <br> John Does 1-18, *Defendants* | ) ) ) ) Civil Action  1:15-cv-00010-WYD-MEH <br> ) ) (If the action is pending in another district, state where: <br> ) District of                             ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Comcast Communications Management, LLC, c/o Registered Agent, The Corporation Company

1675 Broadway, Suite 1200

Denver, CO 80202

*Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling in accordance with the conditions in the attached order: the names, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all individuals whose IP addresses are listed in the attached spreadsheet. NOTE: Production in Excel Spreadsheet format on a CD ROM or by electronic mail is preferred, if completely responsive.

| Place: 2801 Youngfield St., Suite 300 <br> Golden, CO 80401 | Date and Time: February 5, 2015 at 1:00 p.m. |
|---|---|

*Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: *January 7, 2015*

CLERK OF COURT

_____  OR  _____
Signature of Clerk or Deputy Clerk                       Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Dallas Buyers Club, LLC                                             , who issues or requests this subpoena, are:
David J. Stephenson, Jr., 2801 Youngfield St., Suite 300, Golden, CO 80401,
david.thunderlaw@gmail.com, 303-726-2259