

NE&TO
650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax

February 4, 2015

**CONFIDENTIAL**

<u>Via Overnight Delivery</u>
David J. Stephenson Jr., Esquire
Rocky Mountain Thunder Law Firm
Applewood Tech Center
2801 Youngfield St
Suite 300
Golden, CO 80401

    Re:   *Dallas Buyers Club, LLC, v. John Does 1-18*
           United States District Court for the District of Colorado
           Docket No.: 1:15-cv-00010
           Order Entered: January 7, 2015
           Comcast File #: 615137- 615148

Dear Mr. Stephenson:

    The Court Order entered January 7, 2015 with respect to the Docket Number shown above, has been forwarded to the Legal Response Center for a reply. Pursuant to this Order, Comcast's responses are included in Attachment A of this document.

                                 Very Truly Yours,

                                 Comcast Legal Response Center



EXHIBIT 3
Blumberg No. 5118