## Download File—Doe 10—15-cv-00010-WYD-MEH

| IP Address | Torrentname | Category | Date |
|---|---|---|---|
| 71.56.219.124 | six.shooter.2005.dvdrip.iso | Video | 2015/04/19-2015/05/18 |
| 71.56.219.124 | [www.Cpasbien.com] GCB.S01E09.FASTSUB.VOSTFR.HDTV.XviD-Xtrem | TV Series | 2015/05/14 |
| 71.56.219.124 | The Incredibles (2004) 1080p (techrod108) | Video | 2014/10/10 |
| 71.56.219.124 | The.Raid.Redemption.2011.720p.BluRay.x264-SPARKS [PublicHD] | Video | 2014/09/06-2014/09/22 |
| 71.56.219.124 | The Heist | Audio | 2012/11/08-2012/11/12 |
| 71.56.219.124 | MacGruber (2010) | Video | 2015/05/16 |
| 71.56.219.124 | Madchild | Audio | 2013/08/06 |
| 71.56.219.124 | Cat Stevens - The Very Best Of (2003) NLToppers | Audio | 2014/12/25 |
| 71.56.219.124 | Commando (1985) [1080p] | Video | 2014/08/28 |
| 71.56.219.124 | New Police Story 2004 BluRay 720p Dual Audio DTS x264-3Li | Video | 2015/04/09-2015/05/18 |
| 71.56.219.124 | Dallas Buyers Club (2013) [1080p] | Video | 2014/11/13 |
| 71.56.219.124 | The.Hunger.Games.Catching.Fire.2013.SWESUB.IMAX.Edition.BRRip.x264.AAC-Devil | Video | 2014/11/12 |
| 71.56.219.124 | Fate.Stay.Night.2006.720p-WOLVERDONFILMES.COM | Video | 2014/11/17 |
| 71.56.219.124 | The Grand Budapest Hotel (2014) [1080p] | Video | 2014/09/11 |
| 71.56.219.124 | (2014) Pushing Through The Pavement | Audio | 2014/09/18 |
| 71.56.219.124 | Adventure Time Season 1 2 3 4 5 (720p) - TinyMP4 | TV Series | 2014/10/16 |
| 71.56.219.124 | A Million Ways to Die in the West 2014 DVDRip Xvid-EVO | Video | 2014/10/28 |
| 71.56.219.124 | TVBOXNOW ????? | Video | 2015/04/21-2015/05/19 |



EXHIBIT 4

| IP Address | File | Type | Date |
|---|---|---|---|
| 71.56.219.124 | Space Dandy 18 The Big Fish is Huge, Baby (1280x720) [Phr0stY].mkv | Video | 2014/09/23 |
| 71.56.219.124 | How.to.Train.Your.Dragon.2010.1080p.BluRay.H264.AAC-RARBG | XXX | 2014/10/10 |
| 71.56.219.124 | Space Dandy 19 Gallant Space Gentleman, Baby (DUB) (1280x720) [Phr0stY].mkv | TV Series | 2014/09/23 |
| 71.56.219.124 | Space Dandy 20 Rock 'n' Roll Dandy, Baby (DUB) (1280x720) [Phr0stY].mkv | TV Series | 2014/09/23 |
| 71.56.219.124 | Godzilla (2014) [1080p] | Video | 2014/09/15 |
| 71.56.219.124 | Space Dandy 22 A We're all Fools, So Let's all Dance, Baby (DUB) (1280x720) [Phr0stY].mkv | Video | 2014/09/23 |
| 71.56.219.124 | Happening | XXX | 2014/09/07 |
| 71.56.219.124 | CumEatingCuckolds.Farrah.Flower.mp4.5.september.2014 | XXX | 2015/05/13 |
| 71.56.219.124 | Edge.of.Tomorrow.2014.1080p.WEB-DL.DD5.1.H264-RARBG | XXX | 2014/09/13 |
| 71.56.219.124 | Space Dandy 24 An Other-Dimensional Tale, Baby (DUB) (1280x720) [Phr0stY].mkv | TV Series | 2014/09/23 |
| 71.56.219.124 | Balwinder Singh Famous Ho Gaya 2014 Hindi Movie DVDRip XviD Speed | Video | 2014/10/28 |
| 71.56.219.124 | Endocrinology Adult and Pediatric - The Parathyroid Gland and Bone Metabolism, 6E (2013) [UnitedVRG].pdf | eBook | 2014/09/23 |
| 71.56.219.124 | Fraps 3.5.99 Full Cracked 2013[A4]{pin007} | Software | 2014/10/16 |
| 71.56.219.124 | 22.Jump.Street.2014.1080p.WEB-DL.AAC2.0.H264-RARBG | XXX | 2014/09/27-2014/10/02 |
| 71.56.219.124 | Sword Art Online Extra Edition | Video | 2014/11/12 |

| | | | |
|---|---|---|---|
| | (BS11 1280x720 x264 AAC).mp4 | | |
| 71.56.219.124 | Lucy 2014 KORSUB 720p WEBRip x264 AC3-JYK | Video | 2014/10/04 |
| 71.56.219.124 | Earth to Echo (2014) | Video | 2014/10/10 |
| 71.56.219.124 | Hercules.2014.EXTENDED.1080p.WEB-DL.DD5.1.H264-RARBG | Video | 2014/10/24 |
| 71.56.219.124 | Let's Be Cops (2014) | Video | 2014/10/24 |
| 71.56.219.124 | Teenage.Mutant.Ninja.Turtles.2014.720p.HDRip.x264.AC3.5.1-RARBG | Video | 2014/11/14 |
| 71.56.219.124 | Zack and Miri Make a Porno (2008) [1080p] | Video | 2014/12/09 |
| 71.56.219.124 | [ www.torrenting.com ] - The.Eric.Andre.Show.S03E01.HDTV.x264-MiNDTHEGAP | TV Series | 2014/11/08 |
| 71.56.219.124 | Family.Guy.S13E05.720p.HDTV.x264-KILLERS.mkv | TV Series | 2014/11/18 |
| 71.56.219.124 | The.Simpsons.S26E07.Blazed.and.Confused.720p.WEB-DL.x264.AAC | TV Series | 2014/11/18 |
| 71.56.219.124 | American.Dad.S11E05.720p.HDTV.x264-KILLERS.mkv | TV Series | 2014/11/18 |
| 71.56.219.124 | 26505_01_big.mp4 | XXX | 2014/12/04 |
| 71.56.219.124 | [ www.Speed.cd ] - American.Dad.S11E06.720p.HDTV.x264-KILLERS | TV Series | 2014/12/02 |
| 71.56.219.124 | American.Dad.S11E06.HDTV.x264-KILLERS.mp4 | TV Series | 2014/12/02 |
| 71.56.219.124 | David Bowie - Nothing Has Changed (Alternate) | Audio | 2014/12/18 |
| 71.56.219.124 | The.Interview.2014.720p.WEB-DL.XviD.MP3-RARBG | XXX | 2014/12/26-2014/12/27 |

| | | | |
|---|---|---|---|
| 71.56.219.124 | D'Angelo and The Vanguard - Black Messiah (2014) MP3 @ 320 KBPS [GloDLS] | Audio | 2014/12/28 |
| 71.56.219.124 | Justified.S06E09.HDTV.x264-LOL[ettv] | TV Series | 2015/03/18 |
| 71.56.219.124 | MILF 1769 - Mother's Female Anatomy - (HD -1080p) .mkv | XXX | 2015/04/07 |
| 71.56.219.124 | Justified.S06E13.720p.HDTV.X264-DIMENSION[rarbg] | TV Series | 2015/04/15-2015/04/19 |