Case 3:14-cv-01242-AC   Document 11-1   Filed 09/29/14   Page 1 of 12

IP: 50.76.100.253
Time: 4/18/14 04:44:27 PM
Title: Dallas Buyers Club 2013 BluRay 720p x264 AAC Dolby FLiCKSiCK
SHA1: 1FFB9F8A4A69B9F9F7B59896652AE1825221A783
Comcast Business Communications
Portland, Oregon

|     | IP | Torrentname | Category | Date ▼ |
|-----|----|-------------|----------|--------|
| 1.  | 50.76.100.253 | BitTorrent-PrettyLights-AroundTheBlock | Audio | 2013/09/11-2013/09/18 |
| 2.  | 50.76.100.253 | SONY Sound Forge Pro 11.0 build 234 (patch-keygen DI) | Software | 2013/09/15 |
| 3.  | 50.76.100.253 | BitTorrent-4hourchef-audiobook-Unlocked | Audio | 2013/09/18 |
| 4.  | 50.76.100.253 | Dredd [BluRay 1080p][AC3 5.1 Castellano DTS English+Subs.ES-EN][2013] | Video | 2013/09/19 |
| 5.  | 50.76.100.253 | Tron.Legacy.2010.BluRay.1080p.DTS.x264-CHD | Video | 2013/09/24 |
| 6.  | 50.76.100.253 | Game of Thrones - Season 1 | TV Series | 2013/09/25 |
| 7.  | 50.76.100.253 | Cloud Atlas (2012) [1080p] | Video | 2013/09/26 |
| 8.  | 50.76.100.253 | Lorde - The Love Club [2013] [EP] [FLAC] | Audio | 2013/09/26 |
| 9.  | 50.76.100.253 | Star.Trek.Into.Darkness.2013.1080p.WEB-DL.H264-PublicHD | Video | 2013/09/26 |
| 10. | 50.76.100.253 | The Heat (2013) [1080p] | Video | 2013/10/18 |
| 11. | 50.76.100.253 | Pathfinder | eBook | 2013/10/18-2013/10/19 |
| 12. | 50.76.100.253 | D&D 4th Edition | eBook | 2013/10/19-2013/10/21 |
| 13. | 50.76.100.253 | Malazan Book of the Fallen | eBook | 2013/10/21 |
| 14. | 50.76.100.253 | George R R Martin eBook Collection (Including The Game of Thrones) | eBook | 2013/10/21 |
| 15. | 50.76.100.253 | The Companions - The Sundering, Book I - R. A. Salvatore.epub | eBook | 2013/10/22 |
| 16. | 50.76.100.253 | The Power Of Habit_ Why We Do What (929) | eBook | 2013/10/22 |
| 17. | 50.76.100.253 | R. A. Salvatore Audiobook Collection 1 to 32 | Audio | 2013/10/22 |

Voltage, et. al. v. Doe          Page 1 of 12          Exhibit 1 - Extended

