IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00010-WYD-MEH

DALLAS BUYERS CLUB, LLC,

    Plaintiff,

v.

JOHN DOES 8, 10, 15, 17, 18,

    Defendants.

# ORDER

**Michael E. Hegarty, United States Magistrate Judge.**

Before the Court is Plaintiff's Motion for Leave to Take Further Limited Expedited Discovery Prior to Rule 26(f) Conference [filed June 16, 2015; docket #30]. The Court finds the circumstances of this case and the Plaintiff's request are different than those considered in 15-cv-00145-WYD-MEH and, thus, the motion is **denied**. The Plaintiff may proceed to discover the requested information in a non-expedited manner pursuant to the applicable federal and local rules.

Entered and dated at Denver, Colorado, this 17th day of June, 2015.

                BY THE COURT:

                */s/ Michael E. Hegarty*

                Michael E. Hegarty
                United States Magistrate Judge