IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00010-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

      Plaintiff,

v.

JOHN DOES 8, 10, 15, 17-18,

      Defendants.

---

## ORDER

---

      In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of

Defendants John Doe 8, John Doe 10, John Doe 15 and John Doe 17 Pursuant to Fed.

R. Civ. P. 41(a)(1)(A)(i) filed on June 22, 2015 (ECF No. 33), it is

      ORDERED that Defendant John Does 8, 10, 15 and 17 are **DISMISSED**

**WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

      Dated:  June 22, 2015

                  BY THE COURT:


                  s/ Wiley Y. Daniel
                  Wiley Y. Daniel
                  Senior United States District Judge