IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00010-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN BOWENS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 13, 2015.**

    Plaintiff's Motion to Vacate Scheduling Conference [filed August 12, 2015; docket #45] is **granted**.  The Scheduling Conference currently set for August 20, 2015 is **vacated**.